*Law Offices*
## Neil R. Trop
1991 Village Park Way, Suite 160
Encinitas, California 92024
(760) 634-1295
(760) 634-1296 (fax)

FILED
06 DEC 14 AM 8:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## APPLICATION TO EXONERATE MATERIAL WITNESS BOND

November 21, 2006

Honorable Leo S. Papas
United States District Court
940 Front Street
San Diego, CA 92101

Re: U.S.A. v. YESENIA GARCIA-REYNA, et al.

Case No. 06cr1849 WQH

Dear Judge Papas:

Please be advised that the Bureau of Immigration and Customs Enforcement has accepted jurisdiction over the following named material witness and I now move the Court to exonerate the bond.

Material Witness: Anabel Buenrostro-Mendoza

I stipulate to the granting of the above request for exoneration of bond.

_____
AUSA Hamilton Arendsen

Respectfully submitted,

_____
NEIL R. TROP, Attorney for
Material Witness