# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | CASE NO. 06CR1849WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| YESENIA GARCIA-REYNA, | |
| Defendant. | |

Hayes, Judge:

The matter before the Court is the letter request by the Defendant seeking an amendment to the judgment by this Court. On February 22, 2007, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-four (24) months. The Judgment stated in part that "Upon release from imprisonment, the defendant shall be on supervised release for a term of three years" including the special condition of supervision that the Defendant "Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 120 days." This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Defendant's letter request to modify the judgment is denied.

DATED: September 18, 2007

**WILLIAM Q. HAYES**
United States District Judge